IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| **FREDERICK LEE PITCHFORD** | | **PLAINTIFF** |
| v. | 3:10CV00243-WRW | |
| **DELAWARE NORTH COMPANIES, INC.,** *et al.* | | **DEFENDANTS** |

_____

| | | |
|---|---|---|
| **FREDERICK LEE PITCHFORD** | | **PLAINTIFF** |
| v. | 3:10CV00288-WRW | |
| **DELAWARE NORTH COMPANIES, INC.,** *et al.* | | **DEFENDANTS** |

**ORDER**

The two cases raise issues identical to the issues raised in *Pitchford v. Southland Racing Corporation*, No. 3:08cv00097-WRW, which was dismissed on July 29, 2008. That ruling was affirmed by the Court of Appeals for the Eighth Circuit on October 5, 2009.

For the same reasons that were set out in the July 29, 2008, Order dismissing the 3:08-cv-00097-WRW case, and based on *res judicata*, these cases are DISMISSED. All pending motions are DENIED as MOOT.

The Clerk of the Court is directed to no longer accept filings from Plaintiff against these Defendants.

IT IS SO ORDERED this 9th day of December, 2010.

                                                       /s/ Wm. R. Wilson, Jr.
                                         UNITED STATES DISTRICT JUDGE